RECEIVED
IN ALEXANDRIA, LA.

JUL 17 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

THEDDIS MARCEL PEARSON      DOCKET NO. 1:13-CV-822; SEC. P

VERSUS     JUDGE TRIMBLE

WARDEN CARVAJAL     MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at _Alexandria_, Louisiana, on this _17th_ day of _July_, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE